ACCEPTED
04-14-00878-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/20/2015 12:05:03 PM
KEITH HOTTLE
CLERK

## NO. 04-14-00878-CR
## NO. 04-14-00879-CR

| | | |
|---|---|---|
| **MATTHEW DOUGLAS HAYES** | § § § | **IN THE FOURTH** |
| **V.** | § § | **DISTRICT COURT OF APPEALS** |
| **THE STATE OF TEXAS** | § § § | **SAN ANTONIO, TEXAS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
4/20/2015 12:05:03 PM
KEITH E. HOTTLE
Clerk

### STATE'S REQUEST TO ABATE TO TRIAL COURT FOR CLARIFICATION

TO THE HONORABLE JUDGES OF THE FOURT COURT OF APPEALS:

NOW COMES Nicholas "Nico" LaHood, Criminal District Attorney of Bexar County and Counsel for the State of Texas, and files this request to abate this cause back to the trial court for clarification of the certification of Appellant's right to appeal.

Appellant entered into a plea agreement in two separate cause numbers whereby he pled guilty to two counts of aggravated robbery with a deadly weapon under each cause number (for a total of four counts) and judicially confessed to the same.[1]  (I CR at 8, 13 &  II CR at 8, 13).  After a pre-sentence investigation, Appellant was sentenced to seven years' confinement in the Texas Department of

---

[1] The clerk's record for Cause Number 2013-CR-10841W is referred to as I CR.  The clerk's record for cause number 2013-CR-10842W is referred to as II CR.  The court reporter's records are referred by [volume] RR at [page number] (e.g., I RR at 63).

Criminal Justice, a sentence which was less than the bargained-for cap of ten years' confinement. (I CR at 62; II CR at 41).

The certification of Appellant's right to appeal is ambiguous as to Cause Number 2013-CR-10841W (I CR at 58) and the State filed a motion requesting clarification in response to Appellant's appellate brief. Appellant now argues this ambiguity is an anomaly and that the certification of his right to appeal in Cause Number 2013-CR-10842W (II CR at 38) clearly shows that the trial court did grant him the right to appeal. (Appellant's Reply at 2). Appellant also argues that despite the numerous oral admonitions contained in the court reporter's records, which capture Appellant's repeated indications that he understood he was waiving his right to appeal and still wished to proceed with the plea agreement, Appellant retained his right to appeal. (I RR at 6; III RR at 8–9). Appellant relies on the date of his plea (December 4, 2013) to support his argument that because the certifications were "signed nearly two months later" they should control. (Appellant's Reply at 3); however Appellant ignores the fact that Appellant was again admonished that he had waived his right to appeal at his sentencing on September 9, 2014 (nearly ten months after his plea and eight months after the certifications of right to appeal). (III RR at 8–9). Furthermore, the court signed its formal judgment in Cause Number 2013-CR-10841W on September 11, 2014 and in the space after Notice of Appeal, it clearly states "DENIED." (I CR at 62).

Likewise, the formal judgment in Cause Number 2013-CR10842W, signed by the court on September 15, 2015, also states "DENIED" in the space following Notice of Appeal. (II CR at 63).

In every place other than the single certification in Cause Number 2013-CR-10841W, the record indicates Appellant knowingly and voluntarily waived his right to appeal. Due to the inconsistencies in the record, the State asserts that the certification of Appellant's right to appeal requires clarification by the trial court. Because clarification of Appellant's right to appeal is required, the State does not address any of Appellant's points of error on appeal at this time.

WHEREFORE, PREMISES CONSIDERED, Counsel for the State prays this Court abate the proceedings back to the trial court for clarification of the certification of Appellant's right to appeal.

Respectfully submitted,

Nicholas "Nico" LaHood
Criminal District Attorney
Bexar County, Texas

/s/ Amanda C. Byrd
_____

**Amanda C. Byrd**
State Bar No. 24081811
Assistant Criminal District Attorney
101 W. Nueva Street
San Antonio, Texas 78205-3030
Phone: (210) 335-2157
Email: Amanda.Byrd@Bexar.org

## CERTIFICATE OF SERVICE

I, Amanda C. Byrd, Assistant District Attorney, Bexar County, Texas, certify that a copy of the foregoing motion was delivered by e-mail to Mandy Miller, attorney for appellant, on April 20, 2015 at email address: Mandy@MandyMillerLegal.com.

**/s/ Amanda C. Byrd**